Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
JO ANN HOLCOMB

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| JO ANN HOLCOMB,<br><br>        Plaintiff,<br>    vs.<br><br>GC SERVICES, LP,<br><br>        Defendant. | **Case No.: 1:14-cv-00796**<br><br>NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, JO ANN HOLCOMB, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                    Respectfully Submitted,

Dated: 06/18/2014         KROHN & MOSS LTD

                    /s/ Ryan Lee
                    Ryan Lee, Esq.
                    Attorney for Plaintiff,
                    JO ANN HOLCOMB

1

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June 18, 2014, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Ryan Lee
Ryan Lee, Esq.