1  Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
JO ANN HOLCOMB

5

**UNITED STATES DISTRICT COURT**
6  **EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**
7

8  JO ANN HOLCOMB,                    )  **Case No.: 1:14-cv-00796**
                                      )
9            Plaintiff,               )
        vs.                           )
10                                    )  **VOLUNTARY DISMISSAL**
                                      )
GC SERVICES, LP,                      )
11                                    )
                                      )
12           Defendant.               )
                                      )
_____  )
13

14  **VOLUNTARY DISMISSAL WITH PREJUDICE**

15      Plaintiff, JO ANN HOLCOMB, by and through her attorneys, KROHN & MOSS, LTD.,

16  hereby voluntarily dismisses the above-entitled case with prejudice.

17

18  Dated: July 21, 2014                         KROHN & MOSS, LTD.

19

20                                          By:/s/ Ryan Lee, Esq.
                                            Ryan Lee, Esq.
21                                          Attorney for Plaintiff

22

23

24

25

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 21, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   <u>/s/ Ryan Lee, Esq.</u>

Ryan Lee, Esq

VOLUNTARY DISMISSAL